# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:<br><br>JUNG JIN KIM,<br><br>    Debtor. | Case No.   13-11937-RGM<br>(Chapter 7) |
| DATATRON INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>JUNG JIN KIM,<br><br>    Defendant. | Adv. Proc. No. 13-1292 |

## **ORDER**

THIS CASE was before the court for trial on May 15, 2014. For the reasons stated on the record, it is

ORDERED:

1. The complaint is dismissed with prejudice.

2. The Defendant is awarded her costs in this proceeding. She shall file her bill of costs within 14 days after entry of this order. To the extent the debtor requests attorney's fees as part of the costs, she must file a motion for attorney's fees within **14 days** after the date of entry of this order and set the matter for a prompt hearing. Fed.R.Bankr.P. 7045(b)

Alexandria, Virginia
May 15, 2014

                                                /s/ Robert G. Mayer
                                                Robert G. Mayer
                                                United States Bankruptcy Judge

Copy electronically to:

Joelle Erica Gotwals
Joseph M. Perez

19459